**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MONIQUE BAKER MCCORMICK,

Plaintiff,

v.

ALISHA BELL,

Defendant.
_______________________________/

Case No. 26-cv-13466

Hon. Jonathan J.C. Grey

**ORDER REGARDING USB EXHIBITS**

At a status conference held on September 21, 2026, Plaintiff Monique Baker McCormick advised the Court and Defendant Alisha Bell that McCormick intends to introduce certain videos at the hearing scheduled for Friday, September 25, 2026. Those videos are not on the docket.

Accordingly, the Court **ORDERS AND DIRECTS** McCormick to submit the videos to the Clerk of the Court on a USB (flash drive) on or before **Thursday, September 24, 2026 at 11:00 a.m.**, and the Clerk of

the Court is **ORDERED AND DIRECTED to receive the USBs and immediately upload the files into the Court's media portal.**

**SO ORDERED.**

Dated: September 22, 2026

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 22, 2026.

s/ S. Osorio
Sandra Osorio
Case Manager